Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 302
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Tamika Crumwell

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMIKA CRUMWELL,<br>  Plaintiff,<br><br> vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner Of Social Security,<br>  Defendant. | Case No.: 5:18-cv-00168-MRW<br><br>ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of **THREE THOUSAND FOUR HUNDRED AND SEVEN DOLLARS** ($3,407.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: June 5, 2019

_____
HON. MICHAEL R. WILNER
United States Magistrate Judge